AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the

District of Delaware ▾

| | |
|---|---|
| MANNU SINGH, on behalf of himself and others similarly situated <br><br> *Plaintiff(s)* <br><br> v. <br><br> ILLUSORY SYSTEMS, INC.; ARCHETYPE CRYPTO II, LLC; CONSENSYS SOFTWARE, INC.; CONNEXT LABS, INC.; COINBASE, INC.; OZONE NETWORKS, INC.; POLYCHAIN ALCHEMY, LLC; CIRCLE INTERNET FINANCIAL, LLC, <br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) <br><br> Civil Action No. 1:23-cv-00183-UNA |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  OZONE NETWORKS, INC.

> Care of Registered Agent:
> The Company Corporation
> 251 Little Falls Drive
> Wilmington, DE, 19808

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> Marisa R. De Feo
> Saul Ewing LLP
> 1201 N. Market Street, Suite 2300
> Wilmington, DE 19801

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

/s/ John A. Cerino

Date: _____            _____
                                        *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 1:23-cv-00183-UNA

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*   OZONE NETWORKS INC

was received by me on *(date)*          2/27/2023          .

☐ I personally served the summons on the individual at *(place)*

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*

_____, a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)*   Lynanne Gares- Authorized to Accept          , who is

designated by law to accept service of process on behalf of *(name of organization)*   The Company Corporation

251 Little Falls Dr., Wilmington, DE 19808   @3:55 p.m.     on *(date)*          2/27/2023          ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*



My fees are $ _____ for travel and $ _____ for services, for a total of $      0.00      .

I declare under penalty of perjury that this information is true.

Date: _____2/27/2023_____

_____
*Server's signature*

John Garber - Process Server
_____
*Printed name and title*

230 North Market Street
Wilmington, DE 19801
_____
*Server's address*

Additional information regarding attempted service, etc: