IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| MANNU SINGH, on behalf of himself and others similarly situated, | ) ) ) | |
| Plaintiffs, | ) ) | C.A. No. 23-183-RGA |
| v. | ) ) | |
| ILLUSORY SYSTEMS, INC. *et al.,* | ) ) | |
| Defendants. | ) | |

**STIPULATION AND (PROPOSED) ORDER TO
EXTEND TIME TO RESPOND TO COMPLAINT**

WHEREAS, on February 17, 2023, Plaintiff Mannu Singh ("Plaintiff"), on behalf of himself and others similarly situated, filed a class action Complaint (the "Complaint") (D.I. 1) against Defendants Illusory Systems, Inc., Archetype Crypto II, LLC, Consensys Software, Inc., Connext Labs, Inc., Coinbase, Inc., Ozone Networks, Inc., Polychain Alchemy, LLC, and Circle Internet Financial, LLC, captioned *Singh v. Illusory Systems, Inc., et al.*, C.A. No. 23-183-RGA;

WHEREAS, Plaintiff and Defendant Circle Internet Financial, LLC ("Circle") have conferred and agree that an extension of Circle's time to answer, move, or otherwise respond to the Complaint is appropriate in order to allow counsel for Circle additional time to review the allegations set forth in the Compliant, consult with their client, and consider an appropriate response, and Plaintiff and Circle further agree that neither party will be prejudiced by such an extension; and

WHEREAS, Plaintiff and Defendant Coinbase, Inc. ("Coinbase") have conferred and agree that an extension of Coinbase's time to answer, move, or otherwise respond to the Complaint is appropriate in order to allow counsel for Coinbase additional time to review the allegations set

forth in the Compliant, consult with their client, and consider an appropriate response, and Plaintiff and Coinbase further agree that neither party will be prejudiced by such an extension.

IT IS HEREBY STIPULATED AND AGREED, subject to the approval and order of the Court that Circle and Coinbase's time to answer, move, or otherwise respond to Plaintiff's complaint is extended through and including May 12, 2023.

DATED: March 14, 2023

| | |
|---|---|
| SAUL EWING, LLP | WILSON, SONSINI, GOODRICH & ROSATI, P.C. |
| */s/ Michelle C. Streifhau-Livizos*<br>Marisa R. De Feo (# 6778)<br>Michelle C. Streifthau-Livizos (# 6584)<br>1201 N. Market Street, Suite 2300<br>Wilmington, DE 19801<br>marisa.defeo@saul.com<br>michelle.streifthau-livizos@saul.com | */s/  Ian R. Liston*<br>Ian R. Liston (#5507)<br>222 Delaware Avenue, Suite 800<br>Wilmington, DE 19801<br>(302) 304-7600<br>iliston@wsgr.com |
| *Attorneys for Plaintiffs* | *Attorneys for Defendant Circle Internet Financial, Inc.* |
| | ROSS ARONSTAM & MORITZ LLP |
| | */s/ Adam D. Gold*<br>Adam D. Gold (Bar No. 6412)<br>Anthony M. Calvano (Bar. No. 6265)<br>Hercules Building<br>1313 North Market Street, Suite 1001<br>Wilmington, Delaware 19801<br>(302) 576-1600<br>agold@ramllp.com<br>acalvano@ramllp.com |
| | *Attorneys for Defendant Coinbase, Inc.* |

SO ORDERED this _____ day of March 2023.

_____
UNITED STATES DISTRICT JUDGE