# UNITED STATES DISTRICT COURT
## DISTRICT OF DELAWARE

MANNU SINGH, on behalf of himself and
others similarly situated,

        Plaintiff,

v.

ILLUSORY SYSTEMS, INC.; ARCHETYPE
CRYPTO II, LLC; CONSENSYS
SOFTWARE, INC.; CONNEXT LABS,
INC.; COINBASE, INC.; OZONE
NETWORKS, INC.; POLYCHAIN
ALCHEMY, LLC; CIRCLE INTERNET
FINANCIAL, LLC,

        Defendants.

)))))))))))))))))

Case No. 1:23-cv-00183-RGA

CLASS ACTION
JURY TRIAL DEMANDED

## ENTRY OF APPEARANCE

PLEASE ENTER THE APPEARANCES of Adam D. Gold and Anthony M. Calvano of the law firm Ross Aronstam & Moritz LLP, Hercules Building, 1313 North Market Street, Suite 1001, Wilmington, Delaware 19801, as counsel for Defendant Coinbase, Inc. in this matter.

Respectfully submitted,

ROSS ARONSTAM & MORITZ LLP

/s/ Adam D. Gold
Adam D. Gold (Bar No. 6412)
Anthony M. Calvano (Bar. No. 6265)
Hercules Building
1313 North Market Street, Suite 1001
Wilmington, Delaware 19801
(302) 576-1600
agold@ramllp.com
acalvano@ramllp.com

*Attorneys for Defendant Coinbase, Inc.*

*Of Counsel*:

Mark Conrad
Felipe Corredor
CONRAD METLITZKY KANE LLP
Four Embarcadero Center, Suite 1400
San Francisco, California 94111
415-343-7100
mconrad@conmetkane.com
fcorredor@conmetkane.com

Dated:  March 14, 2023