UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| MANNU SINGH, on behalf of himself and others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> ILLUSORY SYSTEMS, INC.; ARCHETYPE CRYPTO II, LLC; CONSENSYS SOFTWARE, INC.; CONNEXT LABS, INC.; COINBASE, INC.; OZONE NETWORKS, INC.; POLYCHAIN ALCHEMY, LLC; CIRCLE INTERNET FINANCIAL, LLC, <br><br> Defendants. | Case No. 1:23-cv-00183-RGA <br><br> CLASS ACTION <br> JURY TRIAL DEMANDED |

**DEFENDANT COINBASE, INC.'S**
**RULE 7.1 CORPORATE DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant Coinbase, Inc. ("Coinbase") states that it is a wholly owned subsidiary of Coinbase Global, Inc., a publicly traded corporation. To the best of Coinbase's knowledge, no publicly held corporation owns 10 percent or more of Coinbase Global, Inc. stock.

Respectfully submitted,

ROSS ARONSTAM & MORITZ LLP

*Of Counsel*:

Mark Conrad
Felipe Corredor
CONRAD METLITZKY KANE LLP
Four Embarcadero Center, Suite 1400
San Francisco, California 94111
415-343-7100
mconrad@conmetkane.com
fcorredor@conmetkane.com

Dated:  March 15, 2023

/s/ Adam D. Gold
Adam D. Gold (Bar No. 6412)
Anthony M. Calvano (Bar No. 6265)
Hercules Building
1313 North Market Street, Suite 1001
Wilmington, Delaware 19801
(302) 576-1600
agold@ramllp.com
acalvano@ramllp.com

*Attorneys for Defendant Coinbase, Inc.*