UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| MANNU SINGH, on behalf of himself and others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>ILLUSORY SYSTEMS, INC.; ARCHETYPE CRYPTO II, LLC; CONSENSYS SOFTWARE, INC.; CONNEXT LABS, INC.; COINBASE, INC.; OZONE NETWORKS, INC.; POLYCHAIN ALCHEMY, LLC; CIRCLE INTERNET FINANCIAL, LLC,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>) Case No. 1:23-cv-00183-RGA<br>)<br>) CLASS ACTION<br>) JURY TRIAL DEMANDED<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 83.5 and the attached certifications, counsel moves for the admission *pro hac vice* of Mark Conrad and Felipe Corredor of the law firm Conrad | Metlitzky | Kane LLP to represent Defendant Coinbase, Inc. in this matter.

Respectfully submitted,

ROSS ARONSTAM & MORITZ LLP

*/s/ Adam D. Gold*
Adam D. Gold (Bar No. 6412)
Anthony M. Calvano (Bar No. 6265)
Hercules Building
1313 North Market Street, Suite 1001
Wilmington, Delaware 19801
(302) 576-1600
agold@ramllp.com
acalvano@ramllp.com

Dated: March 16, 2023        *Attorneys for Defendant Coinbase, Inc.*

**<u>ORDER GRANTING MOTION</u>**

IT IS HEREBY ORDERED counsel's motion for admission pro hac vice is granted.

Date: _____

                                                                           Judge Richard G. Andrews

**CERIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE***

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the State Bar of California and, pursuant to Local Rule 83.6, submit to the disciplinary jurisdiction of this Court for any alleged misconduct that occurs in the preparation or course of this action.  I also certify I am generally familiar with the Court's Local Rules.  In accordance with Standing Order for District Court Fund effective 9/1/16, I further certify that the annual fee of $25.00 has been paid to the Clerk of Court, or, if not paid previously, the fee payment will be submitted to the Clerk's Office upon the filing of this motion.

Dated: March 16, 2023            */s/ Mark Conrad*
                                 Mark Conrad
                                 CONRAD | METLITZKY | KANE LLP
                                 Four Embarcadero Center, Suite 1400
                                 San Francisco, CA 94111
                                 (415) 343-7100
                                 mconrad@conmetkane.com

## CERIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the State Bar of California and, pursuant to Local Rule 83.6, submit to the disciplinary jurisdiction of this Court for any alleged misconduct that occurs in the preparation or course of this action.  I also certify I am generally familiar with the Court's Local Rules.  In accordance with Standing Order for District Court Fund effective 9/1/16, I further certify that the annual fee of $25.00 has been paid to the Clerk of Court, or, if not paid previously, the fee payment will be submitted to the Clerk's Office upon the filing of this motion.

Dated: March 16, 2023                         */s/ Felipe Corredor*
                                              Felipe Corredor
                                              CONRAD | METLITZKY | KANE LLP
                                              Four Embarcadero Center, Suite 1400
                                              San Francisco, CA 94111
                                              (415) 343-7100
                                              fcorredor@conmetkane.com