# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MANNU SINGH, on behalf of himself and others similarly situated, ) ) ) Plaintiffs, ) ) v. ) ) ILLUSORY SYSTEMS, INC. *et al.,* ) ) Defendants. ) | C.A. No. 23-183 RGA |

## MOTION FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached certification, counsel moves for the admission *pro hac vice* of James Crooks, Esquire of Fairmark Partners LLP, 1825 7th Street, NW, #821, Washington, DC 20001, to represent Plaintiff, Mannu Singh, in this matter.

SAUL EWING LLP

*/s/ Michelle C. Streifthau-Livizos*
Marisa R. De Feo (#6778)
Michelle C. Streifthau-Livizos (#6584)
1201 N. Market Street, Suite 2300
Wilmington, DE 19801
(302) 421-6800
marisa.defeo@saul.com
michelle.streifthau-livizos@saul.com

Date: March 16, 2023      *Attorneys for Plaintiff Mannu Singh*

41268237.1 03/16/2023

-2-

**<u>ORDER GRANTING MOTION</u>**

IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* is granted.

_____

Date:                                             UNITED STATES DISTRICT COURT JUDGE

**CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE**

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to the Court, am admitted, practicing and in good standing as a member of the Bar of the District of Columbia and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of the Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with the Court's Local Rules. In accordance with Standing Order for District Court Fund effective 7/23/09, I further certify that the annual fee of $25.00 has been paid to the Clerk of Court, or, if not paid previously, the fee payment will be submitted to the Clerk's Office upon the filing of this motion.

Dated: March 16, 2023

/s/*James Crooks*
James Crooks, Esquire
Fairmark Partners LLP
1825 7th Street, NW, #821
Washington, DC 20001
jamie@fairmarklaw.com