IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MANNU SINGH, on behalf of himself and others similarly situated,  )<br>  )<br>  )<br>Plaintiffs,  )<br>  )<br>v.  )<br>  )<br>ILLUSORY SYSTEMS, INC. *et al.,*  )<br>  )<br>Defendants.  ) | C.A. No. 23-183-RGA |

### MOTION FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached certification, counsel moves for the admission *pro hac vice* of Neil K. Sawheny, Esquire of Gupta Wessler PLLC, 100 Pine Street, Suite 1250, San Francisco, CA 94111, to represent Plaintiff, Mannu Singh, in this matter.

SAUL EWING LLP

*/s/ Michelle C. Streifthau-Livizos*
Marisa R. De Feo (#6778)
Michelle C. Streifthau-Livizos (#6584)
1201 N. Market Street, Suite 2300
Wilmington, DE 19801
(302) 421-6800
marisa.defeo@saul.com
michelle.streifthau-livizos@saul.com

Date: March 16, 2023            *Attorneys for Plaintiff Mannu Singh*

-2-

## **ORDER GRANTING MOTION**

IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* is granted.

_____
Date:                                              UNITED STATES DISTRICT COURT JUDGE

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to the Court, am admitted, practicing and in good standing as a member of the Bar of California and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of the Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with the Court's Local Rules. In accordance with Standing Order for District Court Fund effective 7/23/09, I further certify that the annual fee of $25.00 has been paid to the Clerk of Court, or, if not paid previously, the fee payment will be submitted to the Clerk's Office upon the filing of this motion.

Dated: March 16, 2023                           /s/*Neil K. Sawhney*
                                                Neil K. Sawhney, Esquire
                                                Gupta Wessler PLLC
                                                100 Pine Street, Suite 1250
                                                San Francisco, CA 94111
                                                neil@guptawessler.com