# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MANNA SINGH, on behalf of himself and others similarly situated,<br><br>       Plaintiff,<br><br>v.<br><br>ILLUSORY SYSTEMS, INC., ARCHETYPE CRYPTO II, LLC; CONSENSYS SOFTWARE, INC.; CONTEXT LABS, INC.; COINBASE, INC.; POLYCHAIN ALCHEMY, LLC; CIRCLE INTERNET FINANCIAL, LLC,<br><br>       Defendants. | Civil Action No. 1:23-cv-00183-RGA |

## NOTICE OF ENTRY OF APPEARANCE

PLEASE TAKE NOTICE that Ian R. Liston of the law firm of Wilson Sonsini Goodrich & Rosati, P.C., hereby enters his appearance as counsel on behalf of Defendant Circle Internet Financial, LLC, in the above-captioned case.

Respectfully submitted,

WILSON SONSINI GOODRICH & ROSATI,
Professional Corporation

Date:  March 17, 2023

*/s/   Ian R. Liston*
Ian R. Liston (#5507)
222 Delaware Avenue, Suite 800
Wilmington, DE 19801
(302) 304-7600
iliston@wsgr.com

*Counsel for Defendant Circle Internet Financial, LLC*