IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MANNA SINGH, on behalf of himself and others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>ILLUSORY SYSTEMS, INC., ARCHETYPE CRYPTO II, LLC; CONSENSYS SOFTWARE, INC.; CONTEXT LABS, INC.; COINBASE, INC.; POLYCHAIN ALCHEMY, LLC; CIRCLE INTERNET FINANCIAL, LLC,<br><br>Defendants. | Civil Action No. 1:23-cv-00183-RGA |

**DEFENDANT CIRCLE INTERNET FINANCIAL, LLC'S**
**RULE 7.1 CORPORATE DISCLOSURE**

Pursuant to Fed. R. Civ. P. 7.1, Defendant Circle Internet Financial, LLC states that Circle Internet Holdings, Inc. is its sole member, and that no publicly held corporation owns more than 10% of Circle Internet Holdings, Inc.'s stock.

Respectfully submitted,

WILSON SONSINI GOODRICH & ROSATI,
Professional Corporation

Date: March 17, 2023

/s/   Ian R. Liston
Ian R. Liston (#5507)
222 Delaware Avenue, Suite 800
Wilmington, DE 19801
(302) 304-7600
iliston@wsgr.com

*Counsel for Defendant Circle Internet Financial, LLC*