# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MANNU SINGH, on behalf of himself and others similarly situated,<br><br>                                  Plaintiffs,<br><br>  v.<br><br>ILLUSORY SYSTEMS, INC.; ARCHETYPE CRYPTO II, LLC; CONSENSYS SOFTWARE, INC.; CONNEXT LABS, INC.; COINBASE, INC.; OZONE NETWORKS, INC.; POLYCHAIN ALCHEMY, LLC; CIRCLE INTERNET FINANCIAL, LLC,<br><br>                                  Defendants. | C.A. No. 23-183-RGA |

## ENTRY OF APPEARANCE

PLEASE TAKE NOTICE THAT Jeffrey L. Moyer of the law firm Richards, Layton & Finger, P.A. enters his appearance as counsel on behalf of Defendant Connext Labs, Inc. in the above-captioned matter.

 

/s/ Jeffrey L. Moyer
Jeffrey L. Moyer (#3309)
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
920 North King Street
Wilmington, DE 19801
(302) 651-7700
moyer@rlf.com

Dated: March 17, 2023

*Attorneys for Defendant Connext Labs, Inc.*