## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MANNU SINGH, on behalf of himself and all others similarly situated,<br><br>     Plaintiffs,<br><br>  v.<br><br>ILLUSORY SYSTEMS, INC.; ARCHETYPE CRYPTO II, LLC, CONSENSYS SOFTWARE, INC.; CONNEXT LABS, INC.; COINBASE, INC.; OZONE NETWORKS, INC.; POLYCHAIN ALCHEMY, LLC; CIRCLE INTERNET FINANCIAL, LLC,<br><br>     Defendants. | C.A. No. 23-183-RGA |

## RULE 7.1 CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant Connext Labs, Inc., by and through its undersigned counsel, certifies that it is not a publicly traded company, that it has no parent corporation, and that, to the best of its knowledge, no publicly-held corporation owns 10% or more of its stock.

OF COUNSEL:
Serrin Turner
Gregory Mortenson
**LATHAM & WATKINS LLP**
1271 Avenue of the Americas
New York, NY 10020
(212) 906-1200
serrin.turner@lw.com
gregory.mortenson@lw.com

Jack McNeily
**LATHAM & WATKINS LLP**
330 North Wabash Avenue, Suite 2800
Chicago, IL 60611
(312) 876-7700
jack.mcneily@lw.com

Dated:  March 17, 2023

*/s/ Jeffrey L. Moyer*
Jeffrey L. Moyer (# 3309)
Richards, Layton & Finger, P.A.
One Rodney Square
920 North King Street
Wilmington, DE 19801
(302) 651-7700
moyer@rlf.com

*Attorneys for Defendant Connext Labs, Inc.*