## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MANNU SINGH, on behalf of himself and others similarly situated, <br> Plaintiffs, <br><br> v. <br><br> ILLUSORY SYSTEMS, INC.; ARCHETYPE CRYPTO II, LLC; CONSENSYS SOFTWARE, INC.; CONNEXT LABS, INC.; COINBASE, INC.; OZONE NETWORKS, INC.; POLYCHAIN ALCHEMY, LLC; CIRCLE INTERNET FINANCIAL, LLC, <br> Defendants. | Case No. 1:23-cv-00183-RGA |

### STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME TO RESPOND TO COMPLAINT

WHEREAS, Mannu Singh, on behalf of himself and others similarly situated ("Plaintiffs") filed a Complaint against Illusory Systems, Inc., Archetype Crypto II, LLC, ConsenSys Software, Inc., Connext Labs, Inc., Coinbase, Inc., Ozone Networks, Inc., Polychain Alchemy, LLC, and Circle Internet Financial, LLC (each a "Defendant" and collectively, the "Defendants") on February 17, 2023; and

WHEREAS, the Plaintiffs and each undersigned Defendant have discussed and agreed upon the proposed schedule as set forth below to allow Defendants additional time to review the allegations set forth in the Complaint and consider appropriate responses;

IT IS HEREBY STIPULATED AND AGREED, by the parties hereto, through their undersigned counsel, subject to the approval of the Court, as follows:

1. Defendants' time to answer, move, or otherwise respond to the Complaint is extended through and including May 12, 2023.

Dated: March 17, 2023

| **SAUL EWING LLP** | **MORRIS NICHOLS ARSHT & TUNNELL LLP** |
|---|---|
| By: /s/ *Michelle C. Streifthau-Livizos*<br>Marisa R. De Feo (# 6778)<br>Michelle C. Streifthau-Livizos (# 6584)<br>1201 N. Market Street, Suite 2300<br>Wilmington, DE 19801<br>marisa.defeo@saul.com<br>michelle.streifthau-livizos@saul.com | By: /s/ *William M. Lafferty*<br>William M. Lafferty (#2755)<br>Thomas P. Will (#6086)<br>Rachel R. Tunney (#6946)<br>1201 N. Market Street<br>Wilmington, DE 19801<br>Telephone: (302) 658-9200<br>wlafferty@morrisnichols.com<br>twill@morrisnichols.com<br>rtunney@morrisnichols.com |
| **GERSTEIN HARROW LLP**<br>Charles Gerstein (*pro hac vice*)<br>Emily Gerrick (*pro hac vice*)<br>Jason Harrow (*pro hac vice*)<br>810 7th St NE, Suite 301<br>Washington, DC 20003<br>Telephone: (202) 670-4809<br>charlie@gerstein-harrow.com<br>jason@gerstein-harrow.com | **CLEARY GOTTLIEB STEEN & HAMILTON LLP**<br>Roger Cooper (*pro hac vice* application forthcoming)<br>Jared Gerber (*pro hac vice* application forthcoming)<br>Samuel Levander (*pro hac vice* application forthcoming)<br>One Liberty Plaza<br>New York, NY 10006<br>Telephone: (212) 225-2000<br>racooper@cgsh.com<br>jgerber@cgsh.com<br>slevander@cgsh.com |
| **GUPTA WESSLER PLLC**<br>Neil K. Sawhney (*pro hac vice*)<br>100 Pine Street, Suite 1250<br>San Francisco, CA 94111<br>Telephone: (415) 573-0336<br>neil@guptawessler.com | *Counsel for Defendant Polychain Alchemy LLP* |
| **FAIRMARK PARTNERS LLP**<br>Jamie Crooks (*pro hac vice*)<br>1825 7th Street, NW, #821<br>Washington, DC 20001<br>Telephone: (619) 507-4182<br>jamie@fairmarklaw.com | |
| *Counsel for Plaintiffs* | |

**ORRICK HERRINGTON & SUTCLIFFE LLP**

By:   /s/ Douglas Meal
Douglas Meal (*pro hac vice* application forthcoming)
Ben Au (*pro hac vice* application forthcoming)
Lauren Kessler (*pro hac vice* application forthcoming)
51 West 52nd Street
New York, NY 10019
Telephone: (212) 506-5000
dmeal@orrick.com
ben.au@orrick.com
lkessler@orrick.com

*Counsel for Defendant Illusory Systems, Inc.*

**ABRAMS & BAYLISS LLP**

By:   /s/ Michael A. Barlow
Michael A. Barlow (#3928)
20 Montchanin Road, Suite 200
Wilmington, Delaware 19899
Telephone: (302) 778-1000
barlow@abramsbayliss.com

**DONTZIN NAGY & FLESSIG LLP**

Tibor L. Nagy Jr. (*pro hac vice* application forthcoming)
Gregory N. Wolfe (*pro hac vice* application forthcoming)
Matthew D. Gauthier (*pro hac vice* application forthcoming)
980 Madison Ave
New York, NY 10075
Telephone: (212) 717-2900
tibor@dnfllp.com
greg@dnfllp.com
mgauthier@dnfllp.com

*Counsel for Defendant ConsenSys Software, Inc*

**COOLEY LLP**

By:   /s/ Bethany Lobo
Bethany Lobo (*pro hac vice* application forthcoming)
3 Embarcadero Center, 20th Fl
San Francisco, CA 94111
Telephone: (415) 683-2187
blobo@cooley.com

*Counsel for Defendant Archetype Crypto II, LLC*

**RICHARDS, LAYTON & FINGER, P.A.**

By:   /s/ Jeffrey L. Moyer
Jeffrey L. Moyer (#3309)
One Rodney Square
920 North King Street
Wilmington, Delaware 19801
Telephone: (302) 651-7700
moyer@rlf.com

**LATHAM & WATKINS LLP**

Gregory Mortenson (*pro hac vice* application forthcoming)
Jack McNeily (*pro hac vice* application forthcoming)
Serrin Turner (*pro hac vice* application forthcoming)
1271 Avenue of the Americas
New York, NY 10020
Telephone: (212) 905-1200
gregory.mortenson@lw.com
jack.mcneily@lw.com
serrin.turner@lw.com

*Counsel for Defendant Connext Labs, Inc.*

**COVINGTON & BURLING LLP**

By:    */s/ Valerie Hletko*
      Valerie Hletko (*pro hac vice* application forthcoming)
      Ashley Simonsen (*pro hac vice* application forthcoming)
      Andrew Soukup (*pro hac vice* application forthcoming)
      One CityCenter
      850 Tenth Street, NW
      Washington, DC 20001
      Telephone: (202) 662-6000
      vhletko@cov.com
      asimonsen@cov.com
      asoukup@cov.com

      *Counsel for Defendant Ozone Networks, Inc.*

**SO ORDERED**

Dated: _____, 2023

                                                                    _____
                                                                    The Honorable Richard G. Andrews
                                                                    United States District Court Judge