# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MANNU SINGH, on behalf of himself and other similarly situated,  )<br>)<br>Plaintiffs,  )<br>)<br>v.  )<br>)<br>ILLUSORY SYSTEMS, INC., ARCHETYPE )<br>CRYPTO II, LLC, CONSENSYS )<br>SOFTWARE, INC., CONNEXT LABS, INC., )<br>COINBASE, INC., OZONE NETWORKS, )<br>INC., POLYCHAIN ALCHEMY, LLC, )<br>CIRCLE INTERNET FINANCIAL, LLC, )<br>)<br>Defendants.  ) | C.A. No. 1:23-cv-00183-RGA |

## DEFENDANT POLYCHAIN ALCHEMY, LLC'S
## CORPORATE DISCLOSURE STATEMENT PURSUANT TO FED. R. CIV. P. 7.1

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant Polychain Alchemy, LLC, by and through its undersigned counsel, discloses the following:

Polychain Alchemy, LLC has no parent corporation and no publicly held corporation owns 10 percent or more of Polychain Alchemy, LLC.

- 2 -

OF COUNSEL:

Roger A. Cooper
Samuel Levander
CLEARY GOTTLIEB STEEN
& HAMILTON LLP
One Liberty Plaza
New York, NY 10006
racooper@cgsh.com
slevander@cgsh.com
(212) 225-2000


Dated: March 17, 2023

MORRIS, NICHOLS, ARSHT
  & TUNNELL LLP

/s/ William M. Lafferty
William M. Lafferty (#2755)
Thomas P. Will (#6086)
Rachel R. Tunney (#6946)
1201 N. Market St.
Wilmington, DE 19801
(302) 658-9200
wlafferty@morrisnichols.com
twill@morrisnichols.com
rtunney@morrisnichols.com

*Attorneys for Defendant Polychain Alchemy, LLC*