# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MANNU SINGH, on behalf of himself and others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> ILLUSORY SYSTEMS, INC.; ARCHETYPE CRYPTO II, LLC; CONSENSYS SOFTWARE, INC.; CONNEXT LABS, INC.; COINBASE, INC.; OZONE NETWORKS, INC.; POLYCHAIN ALCHEMY, LLC; CIRCLE INTERNET FINANCIAL, LLC, <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | C.A. No. 23-cv-00183-RGA |

## MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 83.5 and the attached certifications, counsel moves the admission *pro hac vice* of Roger A. Cooper, Jared Gerber, and Samuel Levander of Cleary Gottlieb Steen & Hamilton LLP, One Liberty Plaza, New York New York 10006 to represent Defendant Polychain Alchemy LLC in this matter.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

OF COUNSEL:

Roger A. Cooper
Jared Gerber
Samuel Levander
CLEARY GOTTLIEB STEEN &
HAMILTON LLP
One Liberty Plaza
New York, NY 10006
(212) 225-2000
racooper@cgsh.com
jgerber@cgsh.com
slevander@cgsh.com

*/s/ William M. Lafferty*
William M. Lafferty (#2755)
Thomas P. Will (#6086)
Rachel R. Tunney (#6946)
1201 N. Market St.
Wilmington, DE 19801
(302) 658-9200
wlafferty@morrisnichols.com
twill@morrisnichols.com
rtunney@morrisnichols.com

*Attorneys for Defendant Polychain Alchemy LLC*

March 17, 2023

## **ORDER GRANTING MOTION**

IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* of Roger A. Cooper, Jared Gerber, and Samuel Levander is granted.

Dated: _____         _____
                                                                                United States District Judge

## **CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE***

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar in the State of New York and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 7/23/09, I further certify that the annual fee of $25.00 has been paid to the Clerk of Court, or, if not paid previously, the fee payment will be submitted to the Clerk's Office upon the filing of this motion.

Dated: March 17, 2023

/s/ *Roger A. Cooper*
Roger A. Cooper
Cleary Gottlieb Steen & Hamilton LLP
One Liberty Plaza
New York, NY 10006
Telephone: (212) 225-2000
racooper@cgsh.com

## **CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE***

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar in the State of New York and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 7/23/09, I further certify that the annual fee of $25.00 has been paid to the Clerk of Court, or, if not paid previously, the fee payment will be submitted to the Clerk's Office upon the filing of this motion.

Dated:  March 17, 2023            */s/ Jared Gerber*
                                          Jared Gerber
                                          Cleary Gottlieb Steen & Hamilton LLP
                                          One Liberty Plaza
                                          New York, NY 10006
                                          Telephone:  (212) 225-2000
                                          jgerber@cgsh.com

## **CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE***

      Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar in the State of New York and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 7/23/09, I further certify that the annual fee of $25.00 has been paid to the Clerk of Court, or, if not paid previously, the fee payment will be submitted to the Clerk's Office upon the filing of this motion.

Dated:  March 17, 2023            */s/ Samuel Levander*
                                                   Samuel Levander
                                                   Cleary Gottlieb Steen & Hamilton LLP
                                                   One Liberty Plaza
                                                   New York, NY 10006
                                                 Telephone:  (212) 225-2000
                                                 slevander@cgsh.com