# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MANNU SINGH, on behalf of himself and others similarly situated,<br><br>           Plaintiffs,<br><br> v.<br><br>ILLUSORY SYSTEMS, INC.; ARCHETYPE CRYPTO II, LLC; CONSENSYS SOFTWARE, INC.; CONNEXT LABS, INC.; COINBASE, INC.; OZONE NETWORKS, INC.; POLYCHAIN ALCHEMY, LLC; CIRCLE INTERNET FINANCIAL, LLC,<br><br>           Defendants. | C.A. No. 23-183-RGA |

## **MOTION AND ORDER FOR ADMISSIONS *PRO HAC VICE***

  Pursuant to Local Rule 83.5 and the attached certifications, counsel moves the admissions *pro hac vice* of Serrin Turner, Jack M. McNeily, and Gregory Mortenson of Latham & Watkins LLP to represent Defendant Connext Labs, Inc. in this matter.

                   */s/ Jeffrey L. Moyer*
                   Jeffrey L. Moyer (#3309)
                   RICHARDS, LAYTON & FINGER, P.A.
                   One Rodney Square
                   920 North King Street
                   Wilmington, DE 19801
                   (302) 651-7700
                   moyer@rlf.com

Dated: March 17, 2023        *Attorneys for Defendant Connext Labs, Inc.*

**ORDER GRANTING MOTION**

IT IS HEREBY ORDERED that counsel's motion for admissions *pro hac vice* is granted.

Dated: _____                    _____
                                             United States District Judge

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of New York pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action.  I also certify that I am generally familiar with this Court's Local Rules.  In accordance with Standing Order for District Court Fund effective September 1, 2016, I further certify that the annual fee of $25.00 has been paid to the Clerk of Court, or, if not paid previously, the fee payment will be submitted to the Clerk's office upon filing of this motion.

/s/ Serrin Turner
Serrin Turner
LATHAM & WATKINS LLP
1271 Avenue of the Americas
New York, NY 10020
(212) 906-1200

Dated: March 17, 2023

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of Illinois pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action.  I also certify that I am generally familiar with this Court's Local Rules.  In accordance with Standing Order for District Court Fund effective September 1, 2016, I further certify that the annual fee of $25.00 has been paid to the Clerk of Court, or, if not paid previously, the fee payment will be submitted to the Clerk's office upon filing of this motion.

                                                */s/ Jack M. McNeily*
                                                Jack M. McNeily
                                                LATHAM & WATKINS LLP
                                                330 North Wabash Avenue,
                                                Suite 2800
                                                Chicago, IL 60611
                                                (312) 876-7700

Dated: March 17, 2023

**CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE**

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of New York pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action.  I also certify that I am generally familiar with this Court's Local Rules.  In accordance with Standing Order for District Court Fund effective September 1, 2016, I further certify that the annual fee of $25.00 has been paid to the Clerk of Court, or, if not paid previously, the fee payment will be submitted to the Clerk's office upon filing of this motion.

                    */s/ Gregory Mortenson*
                    Gregory Mortenson
                    LATHAM & WATKINS LLP
                    1271 Avenue of the Americas
                    New York, NY 10020
                    (212) 906-1200

Dated:  March 17, 2023