**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| MANNU SINGH, on behalf of himself and others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>ILLUSORY SYSTEMS, INC.; ARCHETYPE CRYPTO II, LLC; CONSENSYS SOFTWARE, INC.; CONNEXT LABS, INC.; COINBASE, INC.; OZONE NETWORKS, INC.; POLYCHAIN ALCHEMY, LLC; CIRCLE INTERNET FINANCIAL, LLC,<br><br>Defendants. | Case No. 1:23-cv-00183-RGA |

**NOTICE OF APPEARANCE**

PLEASE TAKE NOTICE that Michael A. Barlow of Abrams & Bayliss LLP hereby enters his appearance in the above-captioned action on behalf of defendant ConsenSys Software, Inc. This Entry of Appearance is made without prejudice to any motion, objection, argument, or defense of the aforementioned.

  /s/ Michael A. Barlow
Michael A. Barlow (#3928)
ABRAMS & BAYLISS LLP
20 Montchanin Road, Suite 200
Wilmington, Delaware 19807
(302) 778-1000
barlow@abramsbayliss.com

*Counsel for Defendant ConsenSys Software, Inc.*

Dated: March 22, 2023