**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| MANNU SINGH, on behalf of himself and others similarly situated,<br><br>       Plaintiff,<br><br>   v.<br><br>ILLUSORY SYSTEMS, INC.; ARCHETYPE CRYPTO II, LLC; CONSENSYS SOFTWARE, INC.; CONNEXT LABS, INC.; COINBASE, INC.; OZONE NETWORKS, INC.; POLYCHAIN ALCHEMY, LLC; CIRCLE INTERNET FINANCIAL, LLC,<br><br>       Defendants. | Case No. 1:23-cv-00183-RGA |

**DEFENDANT CONSENSYS SOFTWARE, INC.'S
RULE 7.1 CORPORATE DISCLOSURE STATEMENT**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant ConsenSys Software, Inc., by and through its undersigned counsel, discloses the following:

ConsenSys Software, Inc. is not a publicly traded company, has no parent corporation, and no publicly traded company owns 10% or more of its stock.

OF COUNSEL:

Tibor L. Nagy Jr.*
Gregory N. Wolfe*
Matthew D. Gauthier*
DONTZIN NAGY & FLESSIG LLP
980 Madison Avenue
New York, New York 10075
(212) 717-2900
tibor@dnfllp.com
greg@dnfllp.com
mgauthier@dnfllp.com

*pro hac vice application forthcoming

Dated: March 22, 2023

/s/ Michael A. Barlow
Michael A. Barlow (#3928)
ABRAMS & BAYLISS LLP
20 Montchanin Road, Suite 200
Wilmington, Delaware 19899
(302) 778-1000
barlow@abramsbayliss.com

*Counsel for Defendant ConsenSys Software, Inc.*