# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MANNU SINGH, on behalf of himself and others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>ILLUSORY SYSTEMS, INC.; ARCHETYPE CRYPTO II, LLC; CONSENSYS SOFTWARE, INC.; CONNEXT LABS, INC.; COINBASE, INC.; OZONE NETWORKS, INC.; POLYCHAIN ALCHEMY, LLC; CIRCLE INTERNET FINANCIAL, LLC,<br><br>Defendants. | Case No. 1:23-cv-00183-RGA |

## MOTION FOR ADMISSIONS *PRO HAC VICE*

Pursuant to Local Rule 83.5 and the attached certifications, counsel moves for the admission *pro hac vice* of Tibor L. Nagy, Jr., Gregory N. Wolfe and Matthew D. Gauthier of the law firm Dontzin Nagy & Fleissig LLP, 980 Madison Avenue, New York, New York 10075, to represent Defendant ConsenSys Software, Inc. in the above-captioned matter.

        /s/ Michael A. Barlow
Michael A. Barlow (#3928)
ABRAMS & BAYLISS LLP
20 Montchanin Road, Suite 200
Wilmington, Delaware 19899
(302) 778-1000
barlow@abramsbayliss.com

Dated: March 22, 2023        *Counsel for Defendant ConsenSys Software, Inc.*