**CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE**

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to the Court, am admitted, practicing and in good standing as a member of the Bar of New York, the Bar of New Jersey, and the Bar of Texas, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of the Court for any alleged misconduct which occurs in the preparation or course of this action.  I also certify I am generally familiar with the Court's Local Rules.  In accordance with Standing Order for District Court Fund effective 7/23/09, I further certify that the annual fee of $25.00 has been paid to the Clerk of Court, or, if not paid previously, the fee payment has been submitted to the Clerk's Office.

Dated: March 22, 2023                              /s/ *Tibor L. Nagy Jr.*
                                                              Tibor L. Nagy Jr., Esquire
                                                              Dontzin Nagy & Fleissig LLP
                                                              980 Madison Ave
                                                               New York, NY 10075
                                                              Telephone:  (212) 717-2900
                                                              tibor@dnfllp.com