**CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE**

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to the Court, am admitted, practicing and in good standing as a member of the Bar of California and the Bar of the District of Columbia, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of the Court for any alleged misconduct which occurs in the preparation or course of this action.  I also certify I am generally familiar with the Court's Local Rules.  In accordance with Standing Order for District Court Fund effective 7/23/09, I further certify that the annual fee of $25.00 has been paid to the Clerk of Court, or, if not paid previously, the fee payment will be submitted to the Clerk's Office upon the filing of this motion.

Dated: March 22, 2023

 /s/ *Matthew D. Gauthier*
Matthew D. Gauthier, Esquire
Dontzin Nagy & Fleissig LLP
980 Madison Ave
New York, NY 10075
Telephone:  (212) 717-2900
mgauthier@dnfllp.com