THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MANNA SINGH, ON BEHALF OF HIMSELF AND OTHERS SIMILARLY SITUATED, <br><br> PLAINTIFF, <br><br> V. <br><br> ILLUSORY SYSTEMS, INC., ARCHETYPE CRYPTO II, LLC; CONSENSYS SOFTWARE, INC.; CONTEXT LABS, INC.; COINBASE, INC.; POLYCHAIN ALCHEMY, LLC; CIRCLE INTERNET FINANCIAL, LLC, <br><br> DEFENDANTS. | CIVIL ACTION NO. 1:23-CV-00183-RGA |

**MOTION AND ORDER
FOR ADMISSION *PRO HAC VICE*** 

Pursuant to Local Rule 83.5 and the attached certification, counsel moves for the admission *pro hac vice* of Colleen Bal, John P. Flynn, and Joshua A. Baskin of Wilson Sonsini Goodrich & Rosati, P.C. to represent defendant Circle Internet Financial, LLC.

Date:  March 24, 2023

Respectfully submitted,

WILSON SONSINI GOODRICH & ROSATI,
Professional Corporation

 */s/   Ian R. Liston*
Ian R. Liston (#5507)
222 Delaware Avenue, Suite 800
Wilmington, DE 19801
(302) 304-7600
iliston@wsgr.com

*Counsel for Defendant Circle Internet Financial, LLC*

-2-

**ORDER GRANTING MOTION**

IT IS HEREBY ORDERED that counsel's motion for admission *pro hac vice* is granted.

Dated: _____, 2023

_____
The Honorable Richard G. Andrews
U.S. DISTRIC COURT JUDGE

## CERTIFICATE OF SERVICE

I hereby certify that on the 24th day of March, 2023, I caused the foregoing document to be served, by CM/ECF, upon all counsel of record.

*/s/ Ian R. Liston*
Ian R. Liston (DE Bar No. 5507)
