# CERTIFICATION OF COLLEEN BAL
## TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of California, and pursuant to Local Rule 83.6, I submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with the Standing Order for the District Court Fund effective September 1, 2016, I further certify that the annual fee of $25 will be submitted to the Clerk's Office upon the filing of this Motion.

/s/ *Colleen Bal*
Colleen Bal
Wilson Sonsini Goodrich & Rosati, P.C.
Spear Tower, Suite 3300
San Francisco, CA  94105
Tel:  (415) 947-2000
cbal@wsgr.com

Dated:  March 24, 2023