**CERTIFICATION OF JOHN P. FLYNN**
**TO BE ADMITTED *PRO HAC VICE***

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bars of California and New York, and pursuant to Local Rule 83.6, I submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action.  I also certify that I am generally familiar with this Court's Local Rules.  In accordance with the Standing Order for the District Court Fund effective September 1, 2016, I further certify that the annual fee of $25 will be submitted to the Clerk's Office upon the filing of this Motion.

 

/s/ *John P. Flynn*
John P. Flynn
Wilson Sonsini Goodrich & Rosati, P.C.
Spear Tower, Suite 3300
San Francisco, CA  94105
Tel:  (415) 947-2000
jflynn@wsgr.com

Dated:  March 24, 2023