# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MANNU SINGH, on behalf of himself and others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>ILLUSORY SYSTEMS, INC.;<br>ARCHETYPE CRYPTO II, LLC;<br>CONSENSYS SOFTWARE, INC.;<br>CONNEXT LABS, INC.;<br>COINBASE, INC.;<br>OZONE NETWORKS, INC.;<br>POLYCHAIN ALCHEMY, LLC;<br>CIRCLE INTERNET FINANCIAL, LLC,<br><br>Defendants. | C.A. No. 23-183-RGA |

**DEFENDANT ILLUSORY SYSTEMS, INC.'S**
**RULE 7.1 CORPORATE DISCLOSURE STATEMENT**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant Illusory Systems, Inc. ("Illusory"), through its undersigned counsel, provides the following disclosures:

1. Illusory is a privately held corporation organized under the laws of the state of Delaware.

2. Illusory has no parent corporation and no publicly held corporation owns ten percent (10%) or more of its stock.

By filing this statement and providing this information, Illusory does not intend to waive any defenses or consent to the jurisdiction of this Court.

| | |
|---|---|
| DATED: March 29, 2023 | YOUNG CONAWAY STARGATT & TAYLOR, LLP |
| *Of Counsel*: | */s/ Anne Shea Gaza* |
| Ben Au<br>ORRICK, HERRINGTON &<br>  SUTCLIFFE LLP<br>631 Wilshire Boulevard (Suite 20c)<br>Santa Monica, CA 90401<br>(310) 633-2800<br>ben.au@orrick.com | Anne Shea Gaza (No. 4093)<br>Robert M. Vrana (No. 5666)<br>Rodney Square<br>1000 North King Street<br>Wilmington, DE 19801<br>(302) 571-6600<br>agaza@ycst.com<br>rvrana@ycst.com |
| Doug Meal<br>ORRICK, HERRINGTON &<br>  SUTCLIFFE LLP<br>222 Berkeley Street (Suite 2000)<br>Boston, MA 02116<br>(617) 880-1800<br>dmeal@orrick.com | *Attorneys for Defendant*<br>*Illusory Systems, Inc.* |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on March 29, 2023, a copy of the foregoing document was served on the counsel listed below in the manner indicated:

**BY EMAIL**

Marisa R. De Feo
Michelle Streifthau-Livizos
SAUL EWING ARNSTEIN & LEHR LLP
1201 North Market Street, Suite 2300
Wilmington, DE 19899
marisa.defeo@saul.com
michelle.streifthau-livizos@saul.com

Jamie Crooks
FAIRMARK PARTNERS LLP
1825 7th Street, NW, #821
Washington, DC 20001
jamie@fairmarklaw.com

Neil K. Sawhney
GUPTA WESSLER PLLC
100 Pine Street, Suite 1250
San Francisco, CA 94111
neil@guptawessler.com

Charles Gerstein
Emily Gerrick
GERSTEIN HARROW LLP
810 7th Street NE, Suite 301
Washington, DC 20003
charlie@gerstein-harrow.com

Jason Harrow
GERSTEIN HARROW LLP
3243B S. La Cienega Blvd.
Los Angeles, CA 90016
jason@gerstein-harrow.com

YOUNG CONAWAY STARGATT
 & TAYLOR, LLP

/s/ *Anne Shea Gaza*
Anne Shea Gaza (No. 4093)
Robert M. Vrana (No. 5666)
Rodney Square
1000 North King Street
Wilmington, DE 19801
(302) 571-6600
agaza@ycst.com
rvrana@ycst.com

*Attorneys for Defendant Illusory Systems, Inc.*