IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MANNU SINGH, on behalf of and on others similarly situated, </br></br>  Plaintiffs, </br></br> v. </br></br> ILLUSORY SYSTEMS, INC., </br> ARCHETYPE CRYPTO II, LLC, </br> CONSENSYS SOFTWARE, INC., </br> CONNEXT LABS, INC., </br> COINBASE, INC., </br> OZONE NETWORKS, INC., </br> POLYCHAIN ALCHEMY, LLC, </br> CIRCLE INTERNET FINANCIAL, LLC, </br></br>  Defendants. | C.A. No. 23-183-RGA |

## MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

Pursuant to District of Delaware Local Rule 83.5 and the attached certifications, counsel moves for the admission *pro hac vice* of Ben Au, Esquire, Douglas H. Meal, Esquire, Lauren Kessler, Esquire, and Melissa Levin, Esquire of Orrick, Herrington & Sutcliffe LLP, to represent Defendant Illusory Systems, Inc. in the above-captioned action.

| | |
|---|---|
| Of Counsel: </br></br> Ben Au </br> ORRICK, HERRINGTON & SUTCLIFFE LLP </br> 631 Wilshire Boulevard (Suite 2-C) </br> Santa Monica, CA 90401 </br> (310) 633-2800 </br> ben.au@orrick.com </br></br> Douglas H. Meal </br> ORRICK, HERRINGTON & SUTCLIFFE LLP </br> 222 Berkeley Street (Suite 2000) </br> Boston, MA 02116 </br> (617) 880-1800 </br> dmeal@orrick.com | YOUNG CONAWAY STARGATT </br> & TAYLOR, LLP </br></br> */s/ Robert M. Vrana* </br> Anne Shea Gaza (No. 4093) </br> Robert M. Vrana (No. 5666) </br> Rodney Square </br> 1000 North King Street </br> Wilmington, DE  19801 </br> (302) 571-6600 </br> agaza@ycst.com </br> rvrana@ycst.com </br></br> *Attorneys for Defendant Illusory Systems, Inc.* |

Lauren Kessler
Melissa Levin
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA 94105
(415) 773-5700
lkessler@orrick.com
melissalevin@orrick.com

Dated:  March 29, 2023

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED that counsel's Motion for Admission *Pro Hac Vice* of Ben Au, Esquire, Douglas H. Meal, Esquire, Lauren Kessler, Esquire, and Melissa Levin, Esquire is GRANTED.

Date: _____, 20\_\_

_____
United States District Judge

## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to District of Delaware Local Rule 83.5, I certify that I am eligible for admission to this Court and am admitted, practicing, and in good standing as a member of the Bar of California, and pursuant to District of Delaware Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct that occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Revised Standing Order for District Court Fund, I further certify that the annual fee of $25.00 has been paid to the Clerk of Court, or, if not paid previously, the fee payment will be submitted to the Clerk's office upon the filing of this motion.

Dated: March 29, 2023                    */s/ Ben Au*
                                         Ben Au
                                         ORRICK, HERRINGTON & SUTCLIFFE LLP
                                         631 Wilshire Boulevard (Suite 2-C)
                                         Santa Monica, CA 90401
                                         (310) 633-2800
                                         ben.au@orrick.com

**CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE***

Pursuant to District of Delaware Local Rule 83.5, I certify that I am eligible for admission to this Court and am admitted, practicing, and in good standing as a member of the Bars of New York and Massachusetts, and pursuant to District of Delaware Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct that occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Revised Standing Order for District Court Fund, I further certify that the annual fee of $25.00 has been paid to the Clerk of Court, or, if not paid previously, the fee payment will be submitted to the Clerk's office upon the filing of this motion.

Dated: March 29, 2023                    */s/ Douglas H. Meal*
                                         Douglas H. Meal
                                         ORRICK, HERRINGTON & SUTCLIFFE LLP
                                         222 Berkeley Street, Suite 2000
                                         Boston, MA 02116
                                         (617) 880-1800
                                         dmeal@orrick.com

## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to District of Delaware Local Rule 83.5, I certify that I am eligible for admission to this Court and am admitted, practicing, and in good standing as a member of the Bar of California, and pursuant to District of Delaware Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct that occurs in the preparation or course of this action.  I also certify that I am generally familiar with this Court's Local Rules.  In accordance with Revised Standing Order for District Court Fund, I further certify that the annual fee of $25.00 has been paid to the Clerk of Court, or, if not paid previously, the fee payment will be submitted to the Clerk's office upon the filing of this motion.

Dated: March 29, 2023

*/s/ Lauren Kessler*
Lauren Kessler
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA 94105
(415) 773-5700
lkessler@orrick.com

## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to District of Delaware Local Rule 83.5, I certify that I am eligible for admission to this Court and am admitted, practicing, and in good standing as a member of the Bar of California, and pursuant to District of Delaware Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct that occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Revised Standing Order for District Court Fund, I further certify that the annual fee of $25.00 has been paid to the Clerk of Court, or, if not paid previously, the fee payment will be submitted to the Clerk's office upon the filing of this motion.

Dated: March 29, 2023

*/s/ Melissa Levin*
Melissa Levin
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA 94105
(415) 773-5700
melissalevin@orrick.com

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on March 29, 2023, a copy of the foregoing document was served on the counsel listed below in the manner indicated:

**BY EMAIL**

Marisa R. De Feo
Michelle Streifthau-Livizos
SAUL EWING ARNSTEIN & LEHR LLP
1201 North Market Street, Suite 2300
Wilmington, DE 19899
marisa.defeo@saul.com
michelle.streifthau-livizos@saul.com

Jamie Crooks
FAIRMARK PARTNERS LLP
1825 7th Street, NW, #821
Washington, DC 20001
jamie@fairmarklaw.com

Neil K. Sawhney
GUPTA WESSLER PLLC
100 Pine Street, Suite 1250
San Francisco, CA 94111
neil@guptawessler.com

Charles Gerstein
Emily Gerrick
GERSTEIN HARROW LLP
810 7th Street NE, Suite 301
Washington, DC 20003
charlie@gerstein-harrow.com

Jason Harrow
GERSTEIN HARROW LLP
3243B S. La Cienega Blvd.
Los Angeles, CA 90016
jason@gerstein-harrow.com

YOUNG CONAWAY STARGATT
  & TAYLOR, LLP

*/s/ Robert M. Vrana*
Anne Shea Gaza (No. 4093)
Robert M. Vrana (No. 5666)
Rodney Square
1000 North King Street
Wilmington, DE 19801
(302) 571-6600
agaza@ycst.com
rvrana@ycst.com

*Attorneys for Defendant Illusory Systems, Inc.*