# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MANNU SINGH, on behalf of himself and others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>ILLUSORY SYSTEMS, INC.; ARCHETYPE CRYPTO II, LLC; CONSENSYS SOFTWARE, INC.; CONNEXT LABS, INC.; COINBASE, INC.; OZONE NETWORKS, INC.; POLYCHAIN ALCHEMY, LLC; CIRCLE INTERNET FINANCIAL, LLC,<br><br>Defendants. | Case No. 1:23-cv-00183-RGA |

## NOTICE OF ENTRY OF APPEARANCE

PLEASE TAKE NOTICE that Rebecca L. Butcher, Esquire of Landis Rath & Cobb LLP hereby enters her appearance as counsel in the above-captioned action on behalf of Defendant Ozone Networks, Inc.            .

Dated:  April 26, 2023             **LANDIS RATH & COBB LLP**

　　　　　　　　　　　　　　　　　　　*/s/ Rebecca L. Butcher*
　　　　　　　　　　　　　　　　　　　Rebecca L. Butcher (No. 3816)
　　　　　　　　　　　　　　　　　　　Jennifer L. Cree (No. 5919)
　　　　　　　　　　　　　　　　　　　919 Market Street, Suite 1800
　　　　　　　　　　　　　　　　　　　Wilmington, DE  19801
　　　　　　　　　　　　　　　　　　　Telephone: (302) 467-4400
　　　　　　　　　　　　　　　　　　　Facsimile: (302) 467-4450
　　　　　　　　　　　　　　　　　　　Email: butcher@lrclaw.com
　　　　　　　　　　　　　　　　　　　　　　　cree@lrclaw.com

　　　　　　　　　　　　　　　　　　　*Attorneys for Defendant Ozone Networks, Inc.*