## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MANNU SINGH, on behalf of himself and others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>ILLUSORY SYSTEMS, INC.; ARCHETYPE CRYPTO II, LLC; CONSENSYS SOFTWARE, INC.; CONNEXT LABS, INC.; COINBASE, INC.; OZONE NETWORKS, INC.; POLYCHAIN ALCHEMY, LLC; CIRCLE INTERNET FINANCIAL, LLC,<br><br>Defendants. | Case No. 1:23-cv-00183-RGA |

## NOTICE OF ENTRY OF APPEARANCE

PLEASE TAKE NOTICE that Jennifer L. Cree, Esquire of Landis Rath & Cobb LLP hereby enters her appearance as counsel in the above-captioned action on behalf of Defendant Ozone Networks, Inc.

Dated:  April 26, 2023            **LANDIS RATH & COBB LLP**

/s/ *Jennifer L. Cree*
Rebecca L. Butcher (No. 3816)
Jennifer L. Cree (No. 5919)
919 Market Street, Suite 1800
Wilmington, DE  19801
Telephone: (302) 467-4400
Facsimile: (302) 467-4450
Email: butcher@lrclaw.com
         cree@lrclaw.com

*Attorneys for Defendant Ozone Networks, Inc.*