## **CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE***

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar in the District of Columbia and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action.  I also certify that I am generally familiar with this Court's Local Rules.  In accordance with Standing Order for District Court Fund effective 9/1/16, I further certify that the annual fee of $25.00 has been paid to the Clerk of Court, or, if not paid previously, the fee payment will be submitted to the Clerk's Office upon the filing of this motion.

Dated: April 26, 2023                   */s/ Valerie L. Hletko*
                                                                Valerie L. Hletko, Esquire
                                                                **COVINGTON & BURLING LLP**
                                                                One CityCenter
                                                                850 Tenth Street, NW
                                                                Washington, DC 20001
                                                               Telephone:  (202) 662-6000
                                                                Email: vhletko@cov.com

{W0070528.}