# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MANNU SINGH, on behalf of himself and others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>ILLUSORY SYSTEMS, INC.; ARCHETYPE CRYPTO II, LLC; CONSENSYS SOFTWARE, INC.; CONNEXT LABS, INC.; COINBASE, INC.; OZONE NETWORKS, INC.; POLYCHAIN ALCHEMY, LLC; CIRCLE INTERNET FINANCIAL, LLC,<br><br>Defendants. | Case No. 1:23-cv-00183-RGA |

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED that counsel's motion for admission *pro hac vice* of Andrew Soukup is granted.

Date: April ___, 2023

_____
The Honorable Richard G. Andrews
United States District Court Judge

{W0070534.}