IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MANNU SINGH, on behalf of himself and others similarly situated, | |
| Plaintiffs, | |
| v. | C.A. No. 23-183-RGA |
| ILLUSORY SYSTEMS, INC.; ARCHETYPE CRYPTO II, LLC; CONSENSYS SOFTWARE, INC.; CONNEXT LABS, INC.; COINBASE, INC.; OZONE NETWORKS, INC.; POLYCHAIN ALCHEMY, LLC; CIRCLE INTERNET FINANCIAL, LLC, | |
| Defendants. | |

## NOTICE OF WITHDRAWAL AND SUBSTITUTION OF COUNSEL

PLEASE TAKE NOTICE that the firm of Saul Ewing LLP hereby withdraws its appearance as counsel on behalf of Mannu Singh and others similarly situated ("Plaintiffs").

PLEASE TAKE FURTHER NOTICE that Kurt M. Heyman and Dominick T. Gattuso of Heyman Enerio Gattuso & Hirzel LLP hereby enter their appearance on behalf of the Plaintiffs.

| SAUL EWING LLP | HEYMAN, ENERIO GATTUSO & HIRZEL LLP |
|---|---|
| */s/ Michelle C. Streifthau-Livizos* | */s/ Dominick T. Gattuso* |
| Marisa R. De Feo (# 6778) | Kurt M. Heyman (#3054) |
| Michelle C. Streifthau-Livizos (# 6584) | Dominick T. Gattuso (#3630) |
| 1201 N. Market Street, Suite 2300 | 300 Delaware Avenue, Suite 200 |
| Wilmington, DE 19801 | Wilmington, DE 19801 |
| marisa.defeo@saul.com | (302) 472-7300 |
| michelle.streifthau-livizos@saul.com | kheyman@hegh.law |

Dated:  May 8, 2023