IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MANNU SINGH, on behalf of himself and others similarly situated,<br><br>   Plaintiffs,<br><br>  v.<br><br>ILLUSORY SYSTEMS, INC.; ARCHETYPE CRYPTO II, LLC; CONSENSYS SOFTWARE, INC.; CONNEXT LABS, INC.; COINBASE, INC.; OZONE NETWORKS, INC.; POLYCHAIN ALCHEMY, LLC; CIRCLE INTERNET FINANCIAL, LLC,<br><br>   Defendants. | Case No. 1:23-cv-00183-RGA |

**STIPULATION AND ORDER EXTENDING DEFENDANTS'
TIME TO RESPOND TO PLAINTIFF'S FORTHCOMING AMENDED COMPLAINT**

Plaintiff Mannu Singh ("Plaintiff") and Defendants Illusory Systems, Inc.; Archetype Crypto II, LLC; ConsenSys Software, Inc.; Connext Labs, Inc.; Coinbase, Inc.; Ozone Networks, Inc.; Polychain Alchemy, LLC; and Circle Internet Financial, LLC (collectively, "Defendants") respectfully submit this joint stipulation and proposed order, through the undersigned counsel, subject to the Court's approval, as follows:

WHEREAS, on February 17, 2023, Plaintiff, on behalf of himself and others similarly situated, filed the initial Class Action Complaint (D.I. 1) ("Initial Complaint") in the above-captioned matter, alleging claims for (1) violations of the Racketeering Influenced and Corrupt Organizations Act, 18 U.S.C. § 1962(c) ("RICO"), (2) conspiracy to violate RICO, (3) negligence, (4) conversion, and (5) breach of contract;

WHEREAS, Plaintiff and Defendants stipulated and the Court ordered that Defendants' responses to the Initial Complaint are due on May 12, 2023 (D.I. 11, 23);

WHEREAS, Plaintiff's counsel has informed Defendants' counsel that an amended complaint will be filed ("Amended Complaint"), which may gave rise to separate and/or additional defenses or responses for some or all Defendants;

WHEREAS, the parties have met and conferred, and agree—subject to this Court's approval—that the current May 12, 2023 deadline to respond to the Initial Complaint is off calendar, and Defendants have 45 days from service of the Amended Complaint to answer, move, or otherwise respond to the Amended Complaint;

WHEREAS, the parties believe that this stipulated schedule will conserve party and Court resources, including by providing adequate time for Defendants to review and assess the Amended Complaint and coordinate responsive briefing to provide the Court with streamlined sets of briefing to the maximum feasible extent;

WHEREAS, the parties agree that no party will be prejudiced by the relief requested herein;

NOW THEREFORE, the parties, through their undersigned counsel and subject to the Court's approval, hereby stipulate and agree to the following schedule:

(1) Defendants' current May 12, 2023 deadline to respond to the Initial Complaint is off calendar;

(2) Defendants shall have 45 days from service of the Amended Complaint to answer, move, or otherwise respond to the Amended Complaint; and

(5) No party waives its rights to seek from its counterparty or counterparties, or the Court, additional adjournments or extensions of the above deadline, and entry into this Stipulation shall not waive, and the parties expressly preserve, all rights, claims, and defenses, including but not limited to all defenses relating to jurisdiction.

| | |
|---|---|
| **HEYMAN, ENERIO GATTUSO & HIRZEL LLP** | **SHAW KELLER LLP** |

 **HEYMAN, ENERIO**  
 **GATTUSO & HIRZEL LLP**

 */s/ Dominick T. Gattuso*  
Kurt M. Heyman (#3054)  
Dominick T. Gattuso (#3630)  
300 Delaware Avenue, Suite 200  
Wilmington, DE 19801  
(302) 472-7300  

OF COUNSEL:  

Charles Gerstein  
Emily Gerrick  
GERSTEIN HARROW LLP  
810 7th Street NE, Suite 301  
Washington, DC 20003  
(202) 670-4809  

Jason Harrow  
GERSTEIN HARROW LLP  
3243B S. La Cienega Blvd.  
Los Angeles, CA 90016  
(323) 744-5293  

Neil K. Sawhney  
GUPTA WESSLER PLLC  
100 Pine Street, Suite 1250  
San Francisco, CA 94111  
(415) 573-0336  
neil@guptawessler.com  

Jamie Crooks  
FAIRMARK PARTNERS LLP  
1825 7th Street, NW, #821  
Washington, DC 20001  
(619) 507-4182  
jamie@fairmarklaw.com  

*Attorneys for Plaintiff*

**SHAW KELLER LLP**

 */s/ Karen E. Keller*  
Karen E. Keller (#4489)  
I.M. Pei Building  
1105 North Market Street, 12th Floor  
Wilmington, DE 19801  
(302) 298-0702  
kkeller@shawkeller.com  

OF COUNSEL:  

**COOLEY LLP**  
Bethany C. Lobo (*pro hac vice* forthcoming)  
Rebecca L. Tarneja (*pro hac vice* forthcoming)  
3 Embarcadero Center, 20th Floor  
San Francisco, CA 94111-4004  
(415) 693-2000  
blobo@cooley.com  
rtarneja@cooley.com  

*Attorneys for Defendant*  
*ARCHETYPE CRYPTO II, LLC*

| **RICHARDS, LAYTON & FINGER, P.A.** | **MORRIS NICHOLS ARSHT & TUNNELL LLP** |
|---|---|
| /s/ *Jeffrey L. Moyer* | /s/ *Thomas P. Will* |
| Jeffrey L. Moyer (#3309) | William M. Lafferty (#2755) |
| One Rodney Square | Thomas P. Will (#6086) |
| 920 North King Street | Rachel R. Tunney (#6946) |
| Wilmington, DE 19801 | 1201 N. Market Street |
| (302) 651-7700 | Wilmington, DE 19801 |
| moyer@rlf.com | Telephone: (302) 658-9200 |
|  | wlafferty@morrisnichols.com |
| OF COUNSEL: | twill@morrisnichols.com |
|  | rtunney@morrisnichols.com |
| **LATHAM & WATKINS LLP** |  |
| Serrin Turner (*pro hac vice*) | OF COUNSEL: |
| Gregory Mortenson (*pro hac vice*) |  |
| 1271 Avenue of the Americas | **CLEARY GOTTLIEB STEEN & HAMILTON LLP** |
| New York, NY 10020 | Roger A. Cooper (*pro hac vice*) |
| (212) 906-1200 | Jared Gerber (*pro hac vice*) |
| serrin.turner@lw.com | Samuel Levander (*pro hac vice*) |
| gregory.mortenson@lw.com | One Liberty Plaza |
|  | New York, NY 10006 |
| Jack McNeily (*pro hac vice*) | Telephone: (212) 225-2000 |
| 330 North Wabash Avenue, Suite 2800 | racooper@cgsh.com |
| Chicago, IL 60611 | jgerber@cgsh.com |
| (312) 876-7700 | slevander@cgsh.com |
| jack.mcneily@lw.com |  |
| *Attorneys for Defendant Connext Labs, Inc.* | *Attorneys for Defendant Polychain Alchemy LLP* |

| **ROSS ARONSTAM & MORITZ LLP** | **WILSON, SONSINI, GOODRICH & ROSATI, P.C.** |
|---|---|
| /s/ Adam D. Gold | /s/ Ian R. Liston |
| Adam D. Gold (#6412) | Ian R. Liston (#5507) |
| Anthony M. Calvano (#6265) | 222 Delaware Avenue, Suite 800 |
| Hercules Building | Wilmington, DE 19801 |
| 1313 North Market Street, Suite 1001 | (302) 304-7600 |
| Wilmington, Delaware 19801 | iliston@wsgr.com |
| (302) 576-1600 | |
| agold@ramllp.com | OF COUNSEL: |
| acalvano@ramllp.com | |
| | Colleen Bal (*pro hac vice*) |
| OF COUNSEL: | John P. Flynn (*pro hac vice*) |
| | Joshua A. Baskin (*pro hac vice*) |
| **CONRAD \| METLITZKY \| KANE LLP** | One Market Plaza |
| Mark Conrad (*pro hac vice*) | Spear Tower, Suite 330 |
| Felipe Corredor (*pro hac vice*) | San Francisco, CA  94105-01126 |
| Four Embarcadero Center, Suite 1400 | (650) 320-4708 |
| San Francisco, CA  94111 | cbal@wsgr.com |
| (415) 343-7100 | jflynn@wsgr.com |
| mconrad@conmetkane.com | jbaskin@wsgr.com |
| fcorredor@conmetkane.com | |
| | *Attorneys for Defendant Circle Internet Financial, Inc.* |
| *Attorneys for Defendant Coinbase, Inc.* | |

<table>
<tr><td>

**ABRAMS & BAYLISS LLP**


 /s/ Michael A. Barlow
Michael A. Barlow (#3928)
20 Montchanin Road, Suite 200
Wilmington, Delaware 19807
(302) 778-1000
barlow@abramsbayliss.com

OF COUNSEL:

**DONTZIN NAGY & FLEISSIG LLP**
Tibor L. Nagy (*pro hac vice*)
Gregory N. Wolfe (*pro hac vice*)
Matthew D. Gauthier (*pro hac vice*)
980 Madison Avenue
New York, NY  10075
(212) 717-2900
tibor@dnfllp.com
greg@dnfllp.com
mgauthier@dnfllp.com

*Attorneys for ConsenSys Software, Inc.*

</td><td>

**LANDIS RATH & COBB LLP**


 /s/ Rebecca L. Butcher
Rebecca L. Butcher (#3816)
Jennifer L. Cree (#5919)
919 Market Street, Suite 1800
Wilmington, DE  19801
(302) 467-4400
butcher@lrclaw.com
cree@lrclaw.com

OF COUNSEL:

**COVINGTON & BURLING, LLP**
Andrew Soukup (*pro hac vice*)
Valerie L. Hletko (*pro hac vice*)
Dillon H. Grimm (*pro hac vice*)
One CityCenter
850 Tenth Street, NW
Washington, DC 20001
(202) 662-6000
asoukup@cov.com
vhletko@cov.com
dgrimm@cov.com

*Attorneys for Defendant Ozone Networks, Inc.*

</td></tr>
</table>

**YOUNG CONAWAY STARGATT & TAYLOR, LLP**

  /s/ Anne Shea Gaza
Anne Shea Gaza (#4093)
Robert M. Vrana (#5666)
Rodney Square
1000 North King Street
Wilmington, DE 19801
(302) 571-6600
agaza@ycst.com
rvrana@ycst.com

OF COUNSEL:

**ORRICK HERRINGTON & SUTCLIFFE LLP**
Douglas H. Meal (*pro hac vice*)
222 Berkeley Street, Suite 2000
Boston MA  02116
(617) 880-1880
dmeal@orrick.com

Ben Au (*pro hac vice*)
631 Wilshire Blvd., Suite 2-C
Santa Monica, CA  90401
(310) 633-2836
ben.au@orrick.com

Lauren Kessler (*pro hac vice*)
Melissa Levin (*pro hac vice*)
The Orrick Building
405 Howard Street
San Francisco CA  94105-2669
(415) 773-5609
lkessler@orrick.com
jelissalevin@orrick.com

*Attorneys for Defendant Illusory Systems, Inc.*

Dated: May 8, 2023

Case 1:23-cv-00183-RGA   Document 40   Filed 05/09/23   Page 8 of 8 PageID #: 143

SO ORDERED this __9th__ day of May 2023.

/s/ Richard G. Andrews
The Honorable Richard G. Andrews
United States District Court Judge