**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| MANNU SINGH, on behalf of himself and others similarly situated,<br><br>　　　　　　　　　　　Plaintiffs,<br><br>　v.<br><br>ILLUSORY SYSTEMS, INC.; ARCHETYPE CRYPTO II, LLC; CONSENSYS SOFTWARE, INC.; CONNEXT LABS, INC.; COINBASE, INC.; OZONE NETWORKS, INC.; POLYCHAIN ALCHEMY, LLC; CIRCLE INTERNET FINANCIAL, LLC,<br><br>　　　　　　　　　　　Defendants. | C.A. No. 23-183-RGA |

**ENTRY OF APPEARANCE**

　　PLEASE TAKE NOTICE THAT Nathalie A. Freeman of the law firm Richards, Layton & Finger, P.A. enters her appearance as counsel on behalf of Defendant Connext Labs, Inc. in the above-captioned matter.

　　　　　　　　　　　　　　　　　　　　/s/ Nathalie A. Freeman
　　　　　　　　　　　　　　　　　　　　Jeffrey L. Moyer (#3309)
　　　　　　　　　　　　　　　　　　　　Nathalie A. Freeman (#7053)
　　　　　　　　　　　　　　　　　　　　RICHARDS, LAYTON & FINGER, P.A.
　　　　　　　　　　　　　　　　　　　　One Rodney Square
　　　　　　　　　　　　　　　　　　　　920 North King Street
　　　　　　　　　　　　　　　　　　　　Wilmington, DE 19801
　　　　　　　　　　　　　　　　　　　　(302) 651-7700
　　　　　　　　　　　　　　　　　　　　moyer@rlf.com
　　　　　　　　　　　　　　　　　　　　freeman@rlf.com

Dated: May 9, 2023　　　　　　　　　　　　*Attorneys for Defendant Connext Labs, Inc.*