IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MANNU SINGH, on behalf of himself and others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>ILLUSORY SYSTEMS, INC., ARCHETYPE CRYPTO II, LLC, CONSENSYS SOFTWARE, INC., CONNEXT LABS, INC., COINBASE, INC., OZONE NETWORKS, INC., POLYCHAIN ALCHEMY, LLC, CIRCLE INTERNET FINANCIAL, LLC,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>) C.A. No. 23-183-RGA<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**MOTION AND PROPOSED ORDER FOR ADMISSION PRO HAC VICE**

Pursuant to Local Rule 83.5 and the attached certifications, counsel moves for the admission *pro hac vice* of the following attorneys to represent Defendant Archetype Crypto II, LLC in this matter:

| | |
|---|---|
| Bethany Lobo<br>COOLEY LLP<br>3 Embarcadero Center<br>20th Floor<br>San Francisco, CA 94111<br>(415) 693-2187<br>blobo@cooley.com | Rebecca Tarneja<br>COOLEY LLP<br>355 S. Grand Avenue<br>Suite 900<br>Los Angeles, CA 90071<br>(213) 561-3225<br>rtarneja@cooley.com |

|  |  |
|---|---|
| OF COUNSEL:<br>Bethany Lobo<br>COOLEY LLP<br>3 Embarcadero Center<br>20th Floor<br>San Francisco, CA  94111<br>(415) 693-2187<br><br>Rebecca Tarneja<br>COOLEY LLP<br>355 S. Grand Avenue<br>Suite 900<br>Los Angeles, CA  90071<br>(213) 561-3225<br><br>Dated: May 16, 2023 | /s/ Karen E. Keller<br>Karen E. Keller (No. 4489)<br>Emily S. DiBenedetto (No. 6779)<br>SHAW KELLER LLP<br>I.M. Pei Building<br>1105 North Market Street, 12th Floor<br>Wilmington, DE 19801<br>(302) 298-0700<br>kkeller@shawkeller.com<br>edibenedetto@shawkeller.com<br>*Attorneys for Archetype Crypto II, LLC* |

## **[PROPOSED] ORDER GRANTING MOTION**

IT IS HEREBY ORDERED that counsel's motion for the admission *pro hac vice* of Bethany Lobo and Rebecca Tarneja is granted.

_____
United States District Judge

Date: _____

## **CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE***

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court and am admitted, practicing and in good standing as a member of the Bars of the State of California and State of New York and Bar of Washington D.C. and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct that occurs in the preparation or course of this action.  I also certify that I am generally familiar with this Court's Local Rules.  In accordance with Standing Order for District Court Fund effective September 1, 2016, I further certify that the annual fee of $25.00 has been paid to the Clerk of Court, or, if not paid previously, the fee payment will be submitted to the Clerk's office upon the filing of this motion.

Date: May 9, 2023

Bethany C. Lobo
COOLEY LLP
3 Embarcadero Center
20th Floor
San Francisco, CA  94111
(415) 693-2187

**CERTIFICATION BY COUNSEL TO BE ADMITTED _PRO HAC VICE_**

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court and am admitted, practicing and in good standing as a member of the Bar of the State of California, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct that occurs in the preparation or course of this action.  I also certify that I am generally familiar with this Court's Local Rules.  In accordance with Standing Order for District Court Fund effective September 1, 2016, I further certify that the annual fee of $25.00 has been paid to the Clerk of Court, or, if not paid previously, the fee payment will be submitted to the Clerk's office upon the filing of this motion.

Date: May 9, 2023

Rebecca L. Tarneja
COOLEY LLP
355 S. Grand Avenue
Suite 900
Los Angeles, CA  90071
(213) 561-3225