IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MANNU SINGH, on behalf of himself and others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>ILLUSORY SYSTEMS, INC., ARCHETYPE CRYPTO II, LLC, CONSENSYS SOFTWARE, INC., CONNEXT LABS, INC., COINBASE, INC., OZONE NETWORKS, INC., POLYCHAIN ALCHEMY, LLC, CIRCLE INTERNET FINANCIAL, LLC,<br><br>Defendants. | C.A. No. 23-183-RGA |

**DEFENDANT ARCHETYPE CRYPTO II, LLC'S**
**RULE 7.1 DISCLOSURE STATEMENT**

Pursuant to Rule 7.1(a) of the Federal Rules of Civil Procedure, Defendant Archetype Crypto II, LLC, a non-governmental entity, through its undersigned counsel states that Archetype Crypto II, LLC has no parent corporation and that, to its knowledge, no publicly-held corporation owns 10% or more of its stock.

OF COUNSEL:
Bethany C. Lobo
COOLEY LLP
3 Embarcadero Center
20th Floor
San Francisco, CA 94111
(415) 693-2187

/s/ Karen E. Keller
Karen E. Keller (No. 4489)
Emily S. DiBenedetto (No. 6779)
SHAW KELLER LLP
I.M. Pei Building
1105 North Market Street, 12th Floor
Wilmington, DE 19801
(302) 298-0700
kkeller@shawkeller.com
edibenedetto@shawkeller.com
*Attorneys for Archetype Crypto II, LLC*

Rebecca L. Tarneja
COOLEY LLP
355 S. Grand Avenue
Suite 900
Los Angeles, CA  90071
(213) 561-3225

Dated: May 16, 2023