IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MANNU SINGH and IAGON AS, on behalf of themselves and others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>ILLUSORY SYSTEMS, INC.; ARCHETYPE CRYPTO II, LLC; ETHEREAL VENTURES I PARTNERS L.P.; CONSENSYS MESH; CONNEXT LABS, INC.; COINBASE, INC.; OZONE NETWORKS, INC.; POLYCHAIN ALCHEMY, LLC; CIRCLE INTERNET FINANCIAL, LLC,<br><br>Defendants. | C.A. No. 23-cv-00183-RGA |

**STIPULATION AND [PROPOSED] ORDER
EXTENDING CERTAIN BRIEFING PAGE LIMITS AND DEADLINES**

Plaintiffs Mannu Singh ("Singh") and Iagon AS ("Iagon," and, collectively, "Plaintiffs") and Defendants Illusory Systems, Inc. ("Illusory"); Archetype Crypto II, LLC ("Archetype"); Ethereal Ventures I Partners L.P. ("Ethereal"); ConsenSys Mesh ("CAG"); Connext Labs, Inc. ("Connext," and, together with Archetype, Ethereal, and CAG, the "Keyholders"); Coinbase, Inc. ("Coinbase"); Ozone Networks, Inc. ("Ozone"); Polychain Alchemy, LLC ("Polychain," and, together with Coinbase and Ozone, the "Investor Defendants"); and Circle Internet Financial, LLC ("Circle," and, together with Illusory, the Keyholders, and the Investor Defendants, the "Defendants") respectfully submit this joint stipulation and proposed order, through the undersigned counsel, subject to the Court's approval, as follows:

WHEREAS, on February 17, 2023, Plaintiff Singh, on behalf of himself and others similarly situated, filed a Class Action Complaint (D.I. 1) against Illusory, Archetype, ConsenSys

Software, Inc., Connext, Coinbase, Ozone, Polychain, and Circle;

WHEREAS, on June 2, 2023, Plaintiffs filed the Amended Class Action Complaint (D.I. 44) (the "Amended Complaint") in the above captioned matter against Defendants, asserting various claims including alleged violations of the Racketeering Influenced and Corrupt Organizations Act, 18 U.S.C. § 1962(c);

WHEREAS, on or before July 17, 2023, Defendants intend to file motions to dismiss the Amended Complaint for failure to state a claim under Federal Civil Procedure Rule 12(b)(6);

WHEREAS, this is a complex commercial putative class action, and the Amended Complaint raises complex issues of state and federal law;

WHEREAS, although though there are commonalties across the allegations, claims, Defendants, and Plaintiffs, there are different allegations and claims asserted by different Plaintiffs against different Defendants;

WHEREAS, the parties have conferred and agreed, in light of the foregoing and in consideration of Local Rule 7.1.3, it will be most efficient if the four Keyholders file a single, omnibus motion to dismiss the Amended Complaint pursuant to Rule 12(b)(6) and respectfully request leave to file an opening brief not to exceed thirty (30) pages and a reply brief not to exceed fifteen (15) pages;

WHEREAS, the parties have agreed, and respectfully request, that Plaintiffs be permitted (i) to file an answering brief not to exceed thirty-five (35) pages in response to the Keyholders' motion to dismiss, and (ii) to file their briefs in response to Defendants' motions to dismiss on August 23, 2023;

WHEREAS, all parties are in agreement that all other motions to dismiss filed by any other Defendant on July 17, 2023 shall comply with the page limits set forth in Local Rule 7.1.3.

NOW THEREFORE, the parties, through their undersigned counsel and subject to the Court's approval, hereby stipulate and agree as follows:

(1) On July 17, 2023, the Keyholders may file a single, omnibus motion to dismiss and opening brief in support thereof of no more than thirty (30) pages pursuant to Rule 12(b)(6);

(2) Any brief filed by any other Defendant in support of a motion to dismiss filed on July 17, 2023 shall comply with the page limits set forth in Local Rule 7.1.3;

(3) In the event the Keyholders file a motion to dismiss on July 17, 2023 and Plaintiffs file an answering brief in response thereto, Plaintiffs' answering brief shall not exceed thirty-five (35) pages and shall be due on August 23, 2023;

(4) In the event any other Defendant files a motion to dismiss on July 17, 2023 and Plaintiffs file an answering brief in response thereto, Plaintiffs' answering brief in response to each motion shall comply with Local Rule 7.1.3 and shall be due on August 23, 2023;

(5) Any omnibus reply brief filed in support of a motion to dismiss filed by the Keyholders shall be limited to fifteen (15) pages and shall be due on September 13, 2023.

(6) Any reply brief filed by any other Defendant shall be limited to ten (10) pages pursuant to Local Rule 7.1.3, and shall be due on September 13, 2023; and,

(7) Entry into this Stipulation shall not waive, and the parties expressly preserve, all rights, claims and defenses.

**HEYMAN, ENERIO
GATTUSO & HIRZEL LLP**

 /s/ *Dominick T. Gattuso*
Kurt M. Heyman (#3054)
Dominick T. Gattuso (#3630)
300 Delaware Avenue, Suite 200
Wilmington, DE 19801
(302) 472-7300

OF COUNSEL:

Charles Gerstein
Emily Gerrick
GERSTEIN HARROW LLP
810 7th Street NE, Suite 301
Washington, DC 20003
(202) 670-4809

Jason Harrow
GERSTEIN HARROW LLP
3243B S. La Cienega Blvd.
Los Angeles, CA 90016
(323) 744-5293

Neil K. Sawhney
GUPTA WESSLER PLLC
100 Pine Street, Suite 1250
San Francisco, CA 94111
(415) 573-0336
neil@guptawessler.com

Jamie Crooks
FAIRMARK PARTNERS LLP
1825 7th Street, NW, #821
Washington, DC 20001
(619) 507-4182
jamie@fairmarklaw.com

*Attorneys for Plaintiffs*

**SHAW KELLER LLP**

 /s/ *Karen E. Keller*
Karen E. Keller (#4489)
I.M. Pei Building
1105 North Market Street, 12th Floor
Wilmington, DE 19801
(302) 298-0702
kkeller@shawkeller.com

OF COUNSEL:

**COOLEY LLP**
Bethany C. Lobo (*pro hac vice* forthcoming)
Rebecca L. Tarneja (*pro hac vice* forthcoming)
3 Embarcadero Center, 20th Floor
San Francisco, CA 94111-4004
(415) 693-2000
blobo@cooley.com
rtarneja@cooley.com

*Attorneys for Defendant
ARCHETYPE CRYPTO II, LLC*

| | |
|---|---|
| **RICHARDS, LAYTON & FINGER, P.A.**<br><br> /s/ Jeffrey L. Moyer<br>Jeffrey L. Moyer (#3309)<br>One Rodney Square<br>920 North King Street<br>Wilmington, DE 19801<br>(302) 651-7700<br>moyer@rlf.com<br><br>OF COUNSEL:<br><br>**LATHAM & WATKINS LLP**<br>Serrin Turner (*pro hac vice*)<br>Gregory Mortenson (*pro hac vice*)<br>1271 Avenue of the Americas<br>New York, NY 10020<br>(212) 906-1200<br>serrin.turner@lw.com<br>gregory.mortenson@lw.com<br><br>Jack McNeily (*pro hac vice*)<br>330 North Wabash Avenue, Suite 2800<br>Chicago, IL 60611<br>(312) 876-7700<br>jack.mcneily@lw.com<br><br>*Attorneys for Defendant Connext Labs, Inc.* | **MORRIS NICHOLS ARSHT & TUNNELL LLP**<br><br> /s/ Thomas P. Will<br>William M. Lafferty (#2755)<br>Thomas P. Will (#6086)<br>Rachel R. Tunney (#6946)<br>1201 N. Market Street<br>Wilmington, DE 19801<br>Telephone: (302) 658-9200<br>wlafferty@morrisnichols.com<br>twill@morrisnichols.com<br>rtunney@morrisnichols.com<br><br>OF COUNSEL:<br><br>**CLEARY GOTTLIEB STEEN & HAMILTON LLP**<br>Roger A. Cooper (*pro hac vice*)<br>Jared Gerber (*pro hac vice*)<br>Samuel Levander (*pro hac vice*)<br>One Liberty Plaza<br>New York, NY 10006<br>Telephone: (212) 225-2000<br>racooper@cgsh.com<br>jgerber@cgsh.com<br>slevander@cgsh.com<br><br>*Attorneys for Defendant Polychain Alchemy LLP* |

| | |
|---|---|
| **ROSS ARONSTAM & MORITZ LLP** | **WILSON, SONSINI, GOODRICH & ROSATI, P.C.** |
| /s/ Adam D. Gold | /s/ Ian R. Liston |
| Adam D. Gold (#6412) | Ian R. Liston (#5507) |
| Anthony M. Calvano (#6265) | 222 Delaware Avenue, Suite 800 |
| Hercules Building | Wilmington, DE 19801 |
| 1313 North Market Street, Suite 1001 | (302) 304-7600 |
| Wilmington, Delaware 19801 | iliston@wsgr.com |
| (302) 576-1600 | |
| agold@ramllp.com | OF COUNSEL: |
| acalvano@ramllp.com | |
| | Colleen Bal (*pro hac vice*) |
| OF COUNSEL: | John P. Flynn (*pro hac vice*) |
| | Joshua A. Baskin (*pro hac vice*) |
| **CONRAD \| METLITZKY \| KANE LLP** | One Market Plaza |
| Mark Conrad (*pro hac vice*) | Spear Tower, Suite 330 |
| Felipe Corredor (*pro hac vice*) | San Francisco, CA  94105-01126 |
| Four Embarcadero Center, Suite 1400 | (650) 320-4708 |
| San Francisco, CA  94111 | cbal@wsgr.com |
| (415) 343-7100 | jflynn@wsgr.com |
| mconrad@conmetkane.com | jbaskin@wsgr.com |
| fcorredor@conmetkane.com | |
| | *Attorneys for Defendant Circle Internet Financial, Inc.* |
| *Attorneys for Defendant Coinbase, Inc.* | |

<div style="display: flex;">

<div>

**ABRAMS & BAYLISS LLP**

 /s/ *Michael A. Barlow*
Michael A. Barlow (#3928)
20 Montchanin Road, Suite 200
Wilmington, Delaware 19807
(302) 778-1000
barlow@abramsbayliss.com

OF COUNSEL:

**DONTZIN NAGY & FLEISSIG LLP**
Tibor L. Nagy (*pro hac vice*)
Gregory N. Wolfe (*pro hac vice*)
Matthew D. Gauthier (*pro hac vice*)
980 Madison Avenue
New York, NY  10075
(212) 717-2900
tibor@dnfllp.com
greg@dnfllp.com
mgauthier@dnfllp.com

*Attorneys for Ethereal Ventures I Partners L.P.  and ConsenSys Mesh*

</div>

<div>

**LANDIS RATH & COBB LLP**

 /s/ *Rebecca L. Butcher*
Rebecca L. Butcher (#3816)
Jennifer L. Cree (#5919)
919 Market Street, Suite 1800
Wilmington, DE  19801
(302) 467-4400
butcher@lrclaw.com
cree@lrclaw.com

OF COUNSEL:

**COVINGTON & BURLING, LLP**
Andrew Soukup (*pro hac vice*)
Valerie L. Hletko (*pro hac vice*)
Dillon H. Grimm (*pro hac vice*)
One CityCenter
850 Tenth Street, NW
Washington, DC 20001
(202) 662-6000
asoukup@cov.com
vhletko@cov.com
dgrimm@cov.com

*Attorneys for Defendant Ozone Networks, Inc.*

</div>

</div>

**YOUNG CONAWAY STARGATT & TAYLOR, LLP**

 /s/ Anne Shea Gaza
Anne Shea Gaza (#4093)
Robert M. Vrana (#5666)
Rodney Square
1000 North King Street
Wilmington, DE 19801
(302) 571-6600
agaza@ycst.com
rvrana@ycst.com

OF COUNSEL:

**ORRICK HERRINGTON & SUTCLIFFE LLP**
Douglas H. Meal (*pro hac vice*)
222 Berkeley Street, Suite 2000
Boston MA  02116
(617) 880-1880
dmeal@orrick.com

Ben Au (*pro hac vice*)
631 Wilshire Blvd., Suite 2-C
Santa Monica, CA  90401
(310) 633-2836
ben.au@orrick.com

Lauren Kessler (*pro hac vice*)
Melissa Levin (*pro hac vice*)
The Orrick Building
405 Howard Street
San Francisco CA  94105-2669
(415) 773-5609
lkessler@orrick.com
jelissalevin@orrick.com

*Attorneys for Defendant Illusory Systems, Inc.*

Dated: July 7, 2023

SO ORDERED this ___10th___ day of July, 2023.

                                                  /s/ Richard G. Andrews
                                                  United States District Court Judge