AO 85A (Rev. 02/17) Notice, Consent, and Reference of a Dispositive Motion to a Magistrate Judge

# UNITED STATES DISTRICT COURT
for the
_____ District of _____

|  |  |  |
|---|---|---|
| _____ *Plaintiff* v. _____ *Defendant* | ) ) ) ) ) | Civil Action No. |

**NOTICE, CONSENT, AND REFERENCE OF A DISPOSITIVE MOTION TO A MAGISTRATE JUDGE**

*Notice of a magistrate judge's availability.* A United States magistrate judge of this court is available to conduct all proceedings and enter a final order dispositive of each motion. A magistrate judge may exercise this authority only if all parties voluntarily consent.

You may consent to have motions referred to a magistrate judge, or you may withhold your consent without adverse substantive consequences. The name of any party withholding consent will not be revealed to any judge who may otherwise be involved with your case.

*Consent to a magistrate judge's consideration of a dispositive motion.* The following parties consent to have a United States magistrate judge conduct any and all proceedings and enter a final order as to each motion identified below *(identify each motion by document number and title)*.

**Motions:** _____

_____

_____

| *Printed names of parties and attorneys* | *Signatures of parties or attorneys* | *Dates* |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |

**Reference Order**

**IT IS ORDERED:** The motions are referred to a United States magistrate judge to conduct all proceedings and enter a final order on the motions identified above in accordance with 28 U.S.C. § 636(c).

Date: November 1, 2023                                          /s/ Richard G. Andrews

*District Judge's signature*

Richard G. Andrews, United States District Judge

*Printed name and title*

Note:   Return this form to the clerk of court only if you are consenting to the exercise of jurisdiction by a United States magistrate judge. Do not return this form to a judge.

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

MANNU SINGH and IAGON AS, on behalf of themselves and others similarly situated,

    Plaintiffs,

v.

ILLUSORY SYSTEMS, INC.; et al.,

    Defendants.

C.A. No. 23-183-RGA

**NOTICE, CONSENT, AND REFERENCE OF A DISPOSITIVE MOTION
TO A MAGISTRATE JUDGE**

| HEYMAN, ENERIO GATTUSO & HIRZEL LLP | MORRIS NICHOLS ARSHT & TUNNELL LLP |
|---|---|
| /s/ *Denise S. Kraft* | /s/ *Thomas P. Will* |
| Kurt M. Heyman (#3054) | William M. Lafferty (#2755) |
| Dominick T. Gattuso (#3630) | Thomas P. Will (#6086) |
| Denise S. Kraft (#2778) | Rachel R. Tunney (#6946) |
| 300 Delaware Avenue, Suite 200 | 1201 N. Market St. |
| Wilmington, DE 19801 | Wilmington, DE 19801 |
| (302) 472-7300 | (302) 658-9200 |
| kheyman@hegh.law | wlafferty@morrisnichols.com |
| Dgattuso@hegh.law | twill@morrisnichols.com |
| dkraft@hegh.law | rtunney@morrisnichols.com |
| *Attorneys for Plaintiffs* | *Attorneys for Defendant Polychain Alchemy, LLC* |

| ROSS ARONSTAM & MORITZ LLP | LANDIS RATH & COBB LLP |
|---|---|
| */s/ Adam D. Gold* | */s/ Rebecca L. Butcher* |
| Adam D. Gold (#6412) | Rebecca L. Butcher (#3816) |
| Anthony M. Calvano (#6265) | Jennifer L. Cree (#5919) |
| Hercules Building | 919 Market Street, Suite 1800 |
| 1313 North Market Street, Suite 1001 | Wilmington, DE 19801 |
| Wilmington, Delaware 19801 | (302) 467-4400 |
| (302) 576-1600 | butcher@lrclaw.com |
| agold@ramllp.com | cree@lrclaw.com |
| acalvano@ramllp.com | |
| | *Attorneys for Defendant Ozone Networks, Inc.* |
| *Attorneys for Defendant Coinbase, Inc.* | |

| ABRAMS & BAYLISS LLP | SHAW KELLER LLP |
|---|---|
| */s/ Michael A. Barlow* | */s/ Karen E. Keller* |
| Michael A. Barlow (#3928) | Karen E. Keller (#4489) |
| 20 Montchanin Road, Suite 200 | Emily S. DiBenedetto (#6779) |
| Wilmington, DE 19807 | I.M. Pei Building |
| (302) 778-1183 | 1105 North Market Street, 12th Floor |
| barlow@abramsbayliss.com | Wilmington, DE 19801 |
| | (302) 298-0700 |
| *Attorneys for Defendants ConsenSys Mesh and Ethereal Ventures I Partners L.P.* | kkeller@shawkeller.com |
| | edibenedetto@shawkeller.com |
| | *Attorneys for Defendant Archetype Crypto II, LLC* |

| | |
|---|---|
| RICHARDS, LAYTON & FINGER, P.A. | WILSON, SONSINI, GOODRICH & ROSATI, P.C. |
| */s/ Jeffrey L. Moyer* <br> Jeffrey L. Moyer (#3309) <br> One Rodney Square <br> 920 North King Street <br> Wilmington, DE 19801 <br> (302) 651-7700 <br> moyer@rlf.com | */s/ Jessica A. Hartwell* <br> Jessica A. Hartwell (#5645) <br> 222 Delaware Avenue, Suite 800 <br> Wilmington, DE 19801 <br> (302) 304-7600 <br> jhartwell@wsgr.com |
| *Attorneys for Connext Labs, Inc.* | *Attorneys for Defendant Circle Internet Financial, LLC* |

YOUNG CONAWAY STARGATT & TAYLOR, LLP

*/s/ Anne Shea Gaza*
Anne Shea Gaza (#4093)
Robert M. Vrana (#5666)
Rodney Square
1000 North King Street
Wilmington, DE 19801
(302) 571-6600
agaza@ycst.com
rvrana@ycst.com

*Attorneys for Defendant Illusory Systems, Inc.*


Dated:  October 31, 2023